# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THERESA ANN SALUP, an individual, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IC MARKS, INC. a Delaware Corporation, and ) <br> and QVC, INC. d/b/a COOK'S ESSIENTIALS ) <br> a Pennsylvania Corporation, ) <br> ) <br> Defendant. ) | Case No.: 1:21-cv-03469 <br><br> **PLAINTIFF DEMAND TRIAL BY JURY** |

    **COMES NOW** the above-named Plaintiff Theresa Ann Salup, by and through her undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) gives notice of the dismissal of IC Marks, Inc. without prejudice in this lawsuit.

.

                                                                 Respectfully submitted,

Date: <u>July 14, 2021</u>          BY:        <u>*/s/ Loren Legorreta*</u>
                                                                  Attorney for Plaintiff

**TOMASIK, KOTIN & KASSERMAN, LLC**

Timothy S. Tomasik
Loren Legorreta
161 N. Clark St., Suite 3050
Chicago, Illinois 60601
(312) 605-880
tim@tkklaw.com
loren@tkklaw.com

*In association with:*

**JOHNSON BECKER, PLLC**

Adam J. Kress, Esq.  (MN ID #0397289)          *Pro Hac Vice to be filed*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800
akress@johnsonbecker.com

***Attorneys for Plaintiff***